FILED
in the Clerk's Office
U.S. District Court,
EDNY
May 27, 2022
3:03PM
Brooklyn Pro Se Office
via
Box.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY & GEICO CASUALTY COMPANY,**

Plaintiffs,

v.                                                                  **22cv2160**

**BOULEVARD 9229, LLC; ET AL.,**

Defendants.

_____/

### ANSWER OF DEFENDANT, PAVAN MANTRIPRAGADA

Defendant, Pavan Mantripragada, answers the correspondingly numbered paragraphs of the Complaint of Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance & GEICO Casualty Company (collectively, the "Plaintiff") as follows:

1. Denied.

2. Without knowledge and, therefore, denied.

3. Denied.

4. Without knowledge and, therefore, denied.

5. Without knowledge and, therefore, denied.

6. Admitted that Pavan is the owner of record of Streamline, otherwise denied.

7. Denied.

8. Without knowledge and, therefore, denied.

9. Without knowledge and, therefore, denied.

10. Denied.

11. Admitted that Pavan Mantripragada is the owner of record of Streamline, otherwise denied.

47903494 v1

12.     Denied.

13.     Denied.

14.     Denied.

## THE PARTIES

15.     Without knowledge and, therefore, denied.

16.     Without knowledge and, therefore, denied.

17.     Without knowledge and, therefore, denied.

18.     Without knowledge and, therefore, denied.

19.     Without knowledge and, therefore, denied.

20.     Without knowledge and, therefore, denied.

21.     Without knowledge and, therefore, denied.

22.     Without knowledge and, therefore, denied.

23.     Without knowledge and, therefore, denied.

24.     Without knowledge and, therefore, denied.

25.     Without knowledge and, therefore, denied.

26.     Without knowledge and, therefore, denied.

27.     Without knowledge and, therefore, denied.

28.     Without knowledge and, therefore, denied.

29.     Admitted.

30.     Denied.

31.     Admitted.

32.     Without knowledge and, therefore, denied.

33.     Without knowledge and, therefore, denied.

34.     Without knowledge and, therefore, denied.

## JURISDICTION AND VENUE

35.     Admitted for jurisdiction purposes only.

36.     Admitted for jurisdiction purposes only.

37.     Admitted for jurisdiction purposes only.

38.     Admitted for venue purposes only.

## ALLEGATIONS COMMON TO ALL CLAIMS

39.     Without knowledge and, therefore, denied.

40.     Without knowledge and, therefore, denied.

41.     Without knowledge and, therefore, denied.

42.     Without knowledge and, therefore, denied.

43.     Without knowledge and, therefore, denied.

44.     Without knowledge and, therefore, denied.

45.     Without knowledge and, therefore, denied.

46.     Without knowledge and, therefore, denied.

47.     Without knowledge and, therefore, denied.

48.     Without knowledge and, therefore, denied.

49.     Without knowledge and, therefore, denied.

50.     Without knowledge and, therefore, denied.

51.     Without knowledge and, therefore, denied.

52.     Without knowledge and, therefore, denied.

53.     Without knowledge and, therefore, denied.

54.     Without knowledge and, therefore, denied.

55.     Without knowledge and, therefore, denied.

56.     Without knowledge and, therefore, denied.

57.     Without knowledge and, therefore, denied.

58.     Without knowledge and, therefore, denied.

59.     Without knowledge and, therefore, denied.

60.     Without knowledge and, therefore, denied.

61.     Without knowledge and, therefore, denied.

62.     Without knowledge and, therefore, denied.

63.     Without knowledge and, therefore, denied.

64.     Without knowledge and, therefore, denied.

65.     Without knowledge and, therefore, denied.

66.     Without knowledge and, therefore, denied.

67.     Without knowledge and, therefore, denied.

68.     Without knowledge and, therefore, denied.

69.     Without knowledge and, therefore, denied.

70.     Without knowledge and, therefore, denied.

71.     Without knowledge and, therefore, denied.

72.     Without knowledge and, therefore, denied.

73.     Without knowledge and, therefore, denied.

74.     Without knowledge and, therefore, denied.

75.     Without knowledge and, therefore, denied.

76.     Without knowledge and, therefore, denied.

77.     Without knowledge and, therefore, denied.

78.     Without knowledge and, therefore, denied.

79.     Denied.

80.     Without knowledge and, therefore, denied.

81.     Without knowledge and, therefore, denied.

82.     Without knowledge and, therefore, denied.

83.   Without knowledge and, therefore, denied.

84.   Without knowledge and, therefore, denied.

85.   Without knowledge and, therefore, denied.

86.   Without knowledge and, therefore, denied.

87.   Without knowledge and, therefore, denied.

88.   Denied.

89.   Denied.

90.   Denied.

91.   Without knowledge and, therefore, denied.

92.   Without knowledge and, therefore, denied.

93.   Without knowledge and, therefore, denied.

94.   Without knowledge and, therefore, denied.

95.   Without knowledge and, therefore, denied.

96.   Without knowledge and, therefore, denied.

97.   Without knowledge and, therefore, denied.

98.   Without knowledge and, therefore, denied.

99.   Without knowledge and, therefore, denied.

100.   Without knowledge and, therefore, denied.

101.   Without knowledge and, therefore, denied.

102.   Without knowledge and, therefore, denied.

103.   Denied.

104.   Without knowledge and, therefore, denied.

105.   Without knowledge and, therefore, denied.

106.   Without knowledge and, therefore, denied.

107.   Without knowledge and, therefore, denied.

108.    Without knowledge and, therefore, denied.

109.    Without knowledge and, therefore, denied.

110.    Without knowledge and, therefore, denied.

111.    Without knowledge and, therefore, denied.

112.    Without knowledge and, therefore, denied.

113.    Without knowledge and, therefore, denied.

114.    Without knowledge and, therefore, denied.

115.    Without knowledge and, therefore, denied.

116.    Without knowledge and, therefore, denied.

117.    Without knowledge and, therefore, denied.

118.    Without knowledge and, therefore, denied.

119.    Without knowledge and, therefore, denied.

120.    Without knowledge and, therefore, denied.

121.    Without knowledge and, therefore, denied.

122.    Without knowledge and, therefore, denied.

123.    Without knowledge and, therefore, denied.

124.    Without knowledge and, therefore, denied.

125.    Without knowledge and, therefore, denied.

126.    Without knowledge and, therefore, denied.

127.    Without knowledge and, therefore, denied.

128.    Without knowledge and, therefore, denied.

129.    Without knowledge and, therefore, denied.

130.    Without knowledge and, therefore, denied.

131.    Without knowledge and, therefore, denied.

132.    Without knowledge and, therefore, denied.

133.    Without knowledge and, therefore, denied.

134.    Without knowledge and, therefore, denied.

135.    Without knowledge and, therefore, denied.

136.    Without knowledge and, therefore, denied.

137.    Without knowledge and, therefore, denied.

138.    Without knowledge and, therefore, denied.

139.    Without knowledge and, therefore, denied.

140.    Without knowledge and, therefore, denied.

141.    Without knowledge and, therefore, denied.

142.    Without knowledge and, therefore, denied.

143.    Without knowledge and, therefore, denied.

144.    Without knowledge and, therefore, denied.

145.    Without knowledge and, therefore, denied.

146.    Without knowledge and, therefore, denied.

147.    Without knowledge and, therefore, denied.

148.    Without knowledge and, therefore, denied.

149.    Without knowledge and, therefore, denied.

150.    Without knowledge and, therefore, denied.

151.    Without knowledge and, therefore, denied.

152.    Without knowledge and, therefore, denied.

153.    Without knowledge and, therefore, denied.

154.    Without knowledge and, therefore, denied.

155.    Without knowledge and, therefore, denied.

156.    Without knowledge and, therefore, denied.

157.    Without knowledge and, therefore, denied.

158.   Without knowledge and, therefore, denied.

159.   Without knowledge and, therefore, denied.

160.   Without knowledge and, therefore, denied.

161.   Without knowledge and, therefore, denied.

162.   Without knowledge and, therefore, denied.

163.   Without knowledge and, therefore, denied.

164.   Without knowledge and, therefore, denied.

165.   Without knowledge and, therefore, denied.

166.   Without knowledge and, therefore, denied.

167.   Without knowledge and, therefore, denied.

168.   Without knowledge and, therefore, denied.

169.   Without knowledge and, therefore, denied.

170.   Denied.

171.   Without knowledge and, therefore, denied.

172.   Denied.

173.   Denied.

174.   Denied.

175.   Denied.

176.   Denied.

177.   Denied.

178.   Denied.

179.   Denied.

180.   Denied.

181.   Without knowledge and, therefore, denied.

182.   Without knowledge and, therefore, denied.

183.    Without knowledge and, therefore, denied.

184.    Without knowledge and, therefore, denied.

185.    Without knowledge and, therefore, denied.

186.    Without knowledge and, therefore, denied.

187.    Without knowledge and, therefore, denied.

188.    Denied.

189.    Without knowledge and, therefore, denied.

190.    Without knowledge and, therefore, denied.

191.    Without knowledge and, therefore, denied.

192.    Without knowledge and, therefore, denied.

193.    Without knowledge and, therefore, denied.

194.    Without knowledge and, therefore, denied.

195.    Without knowledge and, therefore, denied.

196.    Denied.

197.    Without knowledge and, therefore, denied.

198.    Without knowledge and, therefore, denied.

199.    Without knowledge and, therefore, denied.

200.    Without knowledge and, therefore, denied.

201.    Without knowledge and, therefore, denied.

202.    Without knowledge and, therefore, denied.

203.    Without knowledge and, therefore, denied.

204.    Without knowledge and, therefore, denied.

205.    Without knowledge and, therefore, denied.

206.    Without knowledge and, therefore, denied.

207.    Without knowledge and, therefore, denied.

208.    Without knowledge and, therefore, denied.

209.    Without knowledge and, therefore, denied.

210.    Without knowledge and, therefore, denied.

211.    Without knowledge and, therefore, denied.

212.    Without knowledge and, therefore, denied.

213.    Without knowledge and, therefore, denied.

214.    Without knowledge and, therefore, denied.

215.    Without knowledge and, therefore, denied.

216.    Without knowledge and, therefore, denied.

217.    Denied.

218.    Without knowledge and, therefore, denied.

219.    Without knowledge and, therefore, denied.

220.    Without knowledge and, therefore, denied.

221.    Denied.

222.    Denied.

223.    Denied.

224.    Denied.

225.    Without knowledge and, therefore, denied.

226.    Without knowledge and, therefore, denied.

227.    Without knowledge and, therefore, denied.

228.    Denied.

229.    Denied.

230.    Denied.

231.    Denied.

232.    Denied.

233. Without knowledge and, therefore, denied.

234. Denied.

235. Denied.

236. Denied.

237. Denied.

238. Denied.

239. Denied.

240. Denied.

241. Denied.

242. Denied.

243. Without knowledge and, therefore, denied.

244. Without knowledge and, therefore, denied.

245. Without knowledge and, therefore, denied.

## FIRST CLAIM FOR RELIEF

246. Denied.

247. Denied.

248. Denied.

249. Denied.

250. Denied.

251. Denied.

252. Denied.

253. Denied.

254. Denied.

## SECOND CLAIM FOR RELIEF

255. Denied.

256.  Denied.

257.  Denied.

258.  Denied.

259.  Denied.

260.  Denied.

261.  Denied.

## THIRD CLAIM FOR RELIEF

262.  Denied.

263.  Denied.

264.  Denied.

265.  Denied.

266.  Denied.

267.  Denied.

## FOURTH CLAIM FOR RELIEF

268.  Without knowledge and, therefore, denied.

269.  Without knowledge and, therefore, denied.

270.  Without knowledge and, therefore, denied.

271.  Without knowledge and, therefore, denied.

272.  Without knowledge and, therefore, denied.

273.  Without knowledge and, therefore, denied.

274.  Without knowledge and, therefore, denied.

275.  Without knowledge and, therefore, denied.

276.  Without knowledge and, therefore, denied.

Pavan Mantripragada reserves the right to amend this Answer and to assert any applicable legal defenses once he has representation by counsel of record in this action.

Pavan Mantripragada
14300 Eagle Pointe Drive
Clearwater, FL  33762
pavan.mantripragada@gmail.com
813/390-7372

## CERTIFICATE OF SERVICE

I hereby certify that on May __27__, 2022, I served the foregoing upon all parties of record.

Pavan Mantripragada