UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                            Plaintiffs,

      -against-

BOULEVARD 9229 LLC, et al.

                            Defendants.

----------------------------------------X

Docket No.:
1:22-cv-02160 (BMC)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AS TO STREAMLINE RX LLC AND PAVAN MANTRIPRAGADA

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and Defendants, Streamline RX LLC and Pavan Mantripragada (collectively, "Certain Defendants"), that all claims in this action asserted by Plaintiffs against Certain Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: August 23, 2022

RIVKIN RADLER LLP

By: _____
Michael Sirignano, Esq.
Priscilla D. Kam, Esq.
926 RXR Plaza
Uniondale, New York 11556
*Attorneys for Plaintiffs*

BURR FORMAN LLP

By: _____
Robert Williams, Esq.
Whynter Morgan-Neal, Esq.
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
*Attorneys for Certain Defendants*