Exhibit "3"
## STIPULATION 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                        Plaintiffs,

Docket No.:
1:22-cv-02160 (BMC)

-against-

BOULEVARD 9229 LLC, et al.

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO BOULEVARD 9229 LLC, ISHBAY SHUKUROV, ALBERTSON PHARMACY INC., AND ARKADIY ABRAMOV

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and counsel for Defendants, Boulevard 9229 LLC, Ishbay Shukurov, Albertson Pharmacy Inc., and Arkadiy Abramov ("Certain Defendants"), that all claims in this action asserted by Plaintiffs against Certain Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

RIVKIN RADLER LLP

By: _____
    Michael A. Sirignano, Esq.
    Barry I. Levy, Esq.
    Priscilla D. Kam, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

GARY TSIRELMAN, P.C.

By: _____
    Nicholas Paul Bowers, Esq.
129 Livingston Street
Brooklyn, NY 11201
(718) 438-1200

*Counsel for Defendants, Boulevard 9229 LLC, Ishbay Shukurov, Albertson Pharmacy Inc., and Arkadiy Abramov*